IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02459-PSF-CBS

VICTORIA THOMAS,

    Plaintiff,

v.

FIRSTWATCH SECURITY SERVICES,
d/b/a HOSPITAL SHARED SERVICES, a Colorado limited liability corporation;
JEAN PERLMUTTER;
LORNA FULTON; and
VALERIE ANDERSON, in their individual and official capacities,

    Defendants.

## ORDER OF DISMISSAL OF CERTAIN DEFENDANTS

The parties have filed a Voluntary Dismissal With Prejudice of Defendants Jean Perlmutter, Lorna Fulton and Valerie Anderson (Dkt. # 33).  After careful review, the Court hereby ORDERS that the Voluntary Dismissal is APPROVED, and Plaintiff Victoria Thomas's claims against Defendants Jean Perlmutter, Lorna Fulton and Valerie Anderson are DISMISSED with prejudice, each party to pay her/its own attorneys fees and costs.

    DATED:   December 2, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge