IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02459-PSF-CBS

VICTORIA THOMAS,

    Plaintiff,

v.

FIRSTWATCH SECURITY SERVICES,
d/b/a HOSPITAL SHARED SERVICES, a Colorado limited liability corporation,

    Defendants.

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation for Dismissal With Prejudice (Dkt. # 34). After careful review, the Court hereby ORDERS that the Stipulation for Dismissal is APPROVED, and Plaintiff Victoria Thomas's claims against Defendant Firstwatch Security Services are DISMISSED with prejudice, each party to pay her/its own attorneys fees and costs.

DATED:   December 2, 2005

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge